**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 50 WAL 2021

              Respondent           :

                             :  Petition for Allowance of Appeal
                             :  from the Order of the Superior Court

              v.              :
                             :

MATTHEW WILLIAM HAAPALA,       :

              Petitioner           :

## ORDER

**PER CURIAM**

     **AND NOW**, this 7th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.